IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DAVIS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FOSTER FARMS DAIRY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:05cv0271 REC DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO FILE SECOND AMENDED COMPLAINT<br><br>(Document 6) |

　　　　Plaintiff is proceeding pro se with a civil action concerning employment discrimination in this Court. On February 24, 2005, the Court issued an Order directing plaintiff to file a second amended complaint within 30 days. On March 31, 2005, the Court granted Plaintiff an extension of time. On May 2, 2005, Plaintiff requested another extension, explaining that he now has "legal advice."

　　　　Good cause appearing therefor, Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

　　　　IT IS SO ORDERED.

**Dated:   May 10, 2005**　　　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1