1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    AARON DAVIS,                          CASE NO. CV-F-05-0271 REC DLB

12              Plaintiffs,                 ORDER DIRECTING PLAINTIFF
                                            TO SUBMIT APPLICATION
13                                          TO PROCEED IN FORMA
                                            PAUPERIS OR SUBMIT FILING FEE
14        vs.

15    FOSTER FARMS DAIRY, et al.,

16              Defendants.
      _____/
17

18          Plaintiff is proceeding pro se with a civil action concerning employment discrimination in this

19    Court.  On February 24, 2005, the Court issued an Order directing plaintiff to file a second amended

20    complaint within 30 days.  The Court also directed plaintiff to either pay the filing fee for this action or

21    submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 within 30

22    days.  After two extensions, plaintiff filed a second amended complaint on June 15, 2005.  However,

23    plaintiff has failed to pay the filing fee or submit an application to proceed in forma pauperis.

24          Accordingly, IT IS HEREBY ORDERED that:

25                1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

26    pauperis.

27                2.  Within twenty days of the date of service of this order, plaintiff shall submit a

28    completed application to proceed in forma pauperis, or in the alternative, pay the filing fee for this

1

1    action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

2

3                                              IT IS SO ORDERED.

4        **Dated:     July 29, 2005**            **/s/ Dennis L. Beck**
     3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28