1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AARON DAVIS,                          CASE NO. CV-F-05-0271 REC DLB

12                    Plaintiffs,          _____ORDER GRANTING PLAINTIFF'S
                                          MOTION FOR EXTENSION TO SUBMIT
13                                         USM-285 FORMS

14          vs.

     FOSTER FARMS DAIRY, et al.,
15
                     Defendants.
16   _____/

17
            Plaintiff is proceeding pro se with a civil action concerning employment discrimination in this
18
     Court.  On October 26, 2005, the Court issued an Order directing plaintiff to submit USM-285 Forms
19
     for service of the amended complaint by the United States Marshal.  Plaintiff has requested an extension
20
     of time.
21
            Good cause appearing therefor, plaintiff is granted thirty days from the date of service of this
22
     order in which to submit the USM 285 Forms.  Failure to comply with this order will result in a
23
     recommendation that this action be dismissed.
24
            IT IS SO ORDERED.
25
            **Dated:    November 28, 2005**           _____ **/s/ Dennis L. Beck**_____
26   3c0hj8                                           UNITED STATES MAGISTRATE JUDGE

27

28

                                                    1