1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| AARON DAVIS, | ) | 1:05cv0271 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 64) |
| | ) | |
| | ) | |
| FOSTER FARMS DAIRY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

9

10

11

12

13

14

15

16

17        Plaintiff Aaron Davis ("Plaintiff") is proceeding pro se and in forma pauperis in this Title

18   VII employment discrimination action.

19        On May 16, 2007, the Magistrate Judge issued Findings and Recommendation that

20   Defendants' motion for terminating sanctions be GRANTED and the action be DISMISSED.

21   The Magistrate Judge further recommended that Defendants' request for sanctions in the amount

22   of $2,880 be DENIED.  The Findings and Recommendation were served on all parties and

23   contained notice that any objections were to be filed within thirty (30) days.  More than thirty

24   (30) days have passed, and objections have not been filed.

25        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

26   *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

27   Findings and Recommendation are supported by the record and proper analysis.

28

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations dated May 16, 2007, are ADOPTED IN

3          FULL;

4    2.    Defendants' motion for terminating sanctions is GRANTED and this action is

5          DISMISSED; and

6    3.    Defendants' request for monetary sanctions is DENIED.

7          The action is terminated in its entirety.  The clerk is directed to close this action.

8    IT IS SO ORDERED.

9    **Dated:    June 28, 2007**                              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

2